B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Alabama

In re  DRD Technologies, Inc.  
Debtor(s)

Case No.  
Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 3M<br>PO box 844127<br>Dallas, TX 75284 | 3M<br>PO box 844127<br>Dallas, TX 75284 | Trade Debt | | 104,870.33 |
| 5.11 Tactical Series<br>4300 Spyres Way<br>Modesto, CA 95356 | 5.11 Tactical Series<br>4300 Spyres Way<br>Modesto, CA 95356 | Trade Debt | | 4,176.95 |
| Belleville<br>PO Box 205157<br>Dallas, TX 75320 | Belleville<br>PO Box 205157<br>Dallas, TX 75320 | Trade Debt | | 8,267.50 |
| Blue Cross Blue Shield<br>Payment Processing<br>PO Box 360037<br>Birmingham, AL 35236 | Blue Cross Blue Shield<br>Payment Processing<br>PO Box 360037<br>Birmingham, AL 35236 | Trade Debt | | 5,060.34 |
| Burris Company, Inc.<br>920 54th Ave. Suite 200<br>Greeley, CO 80634 | Burris Company, Inc.<br>920 54th Ave. Suite 200<br>Greeley, CO 80634 | Trade Debt | | 20,817.86 |
| ESS<br>PO Box 740235<br>Los Angeles, CA 90074 | ESS<br>PO Box 740235<br>Los Angeles, CA 90074 | Trade Debt | | 3,717.35 |
| Florida Bullett, Inc.<br>PO Box 7497<br>Clearwater, FL 33758 | Florida Bullett, Inc.<br>PO Box 7497<br>Clearwater, FL 33758 | Trade Debt | | 10,860.00 |
| Granite Mountain Industries<br>PO Box 1446<br>Kennebunkport, ME 04046 | Granite Mountain Industries<br>PO Box 1446<br>Kennebunkport, ME 04046 | Trade Debt | | 33,312.34 |
| Harris Corporation<br>PO Box 7247<br>Philadelphia, PA 19170 | Harris Corporation<br>PO Box 7247<br>Philadelphia, PA 19170 | Trade Debt | | 7,795.20 |
| Moore Medical<br>PO box 99718<br>Chicago, IL 60696 | Moore Medical<br>PO box 99718<br>Chicago, IL 60696 | Trade Debt | | 11,051.64 |
| MRE Star (IMS USA, LLC)<br>Attn: Katherine L. Smith<br>PO Box 642<br>Ellenton, FL 34222 | MRE Star (IMS USA, LLC)<br>Attn: Katherine L. Smith<br>PO Box 642<br>Ellenton, FL 34222 | Trade Debt | | 27,879.64 |

B4 (Official Form 4) (12/07) - Cont.

In re  DRD Technologies, Inc.  
  Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| NSA<br>PO Box 901189<br>Cleveland, OH 44190 | NSA<br>PO Box 901189<br>Cleveland, OH 44190 | Trade Debt | | 22,923.10 |
| Point Blank Enterprises<br>c/o Sanders & Parks<br>3030 North Third St., Suite 1300<br>Phoenix, AZ 85012 | Point Blank Enterprises<br>c/o Sanders & Parks<br>3030 North Third St., Suite 1300<br>Phoenix, AZ 85012 | Trade Debt | | 83,833.61 |
| Pretzl America<br>PO box 413039<br>Salt Lake City, UT 84141 | Pretzl America<br>PO box 413039<br>Salt Lake City, UT 84141 | Trade Debt | | 4,383.57 |
| Regions Bank<br>200 Clinton Ave.<br>Huntsville, AL 35801 | Regions Bank<br>200 Clinton Ave.<br>Huntsville, AL 35801 | Credit Card | | 47,721.69 |
| Rothco<br>3015 Veterans Mem. Hwy<br>Ronkonkoma, NY 11779 | Rothco<br>3015 Veterans Mem. Hwy<br>Ronkonkoma, NY 11779 | Trade Debt | | 3,842.67 |
| SafariLand<br>PO Box 406351<br>Atlanta, GA 30384 | SafariLand<br>PO Box 406351<br>Atlanta, GA 30384 | Trade Debt | | 93,814.20 |
| Sani Sport<br>c/o Deena R. Tyler, Esq.<br>1325 Dauphin St.<br>Mobile, AL 36605 | Sani Sport<br>c/o Deena R. Tyler, Esq.<br>1325 Dauphin St.<br>Mobile, AL 36605 | Trade Debt | | 41,145.00 |
| Techni-Core<br>4681 Research Park Blvd.<br>Huntsville, AL 35806 | Techni-Core<br>4681 Research Park Blvd.<br>Huntsville, AL 35806 | Trade Debt | | 7,689.48 |
| Trivec Avant-COBHAM<br>17831 Jamestown Lane<br>CA 92547 | Trivec Avant-COBHAM<br>17831 Jamestown Lane<br>CA 92547 | Trade Debt | | 11,070.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **May 19, 2015**            Signature  **/s/ David Dobbs**  
  **David Dobbs**  
  **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.