IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DRD TECHNOLOGIES, INC, | ) | CASE NO. 15-81366-CRJ-11 |
| | ) | |
| DEBTOR | ) | CHAPTER 11 |
| | ) | |

**BANKRUPTCY ADMINISTRATOR'S ADMINISTRATIVE REPORT TO THE COURT REGARDING FORMATION OF AN UNSECURED CREDITORS' COMMITTEE**

    An Unsecured Creditors' Committee was solicited by the Bankruptcy Administrator's Office from the list of twenty (20) largest unsecured creditors as scheduled by the Debtor. Only two unsecured creditors responded to the solicitation. Based upon responses to the solicitation, it is not feasible to form a committee of unsecured creditors in this case in view of the fact that an insufficient number of unsecured creditors are willing to serve.

    Respectfully submitted 14 July 2015.

                                             J. THOMAS CORBETT
                                             United States Bankruptcy Administrator for the
                                             Northern District of Alabama

                          BY:    /s/ Richard M. Blythe
                                       Richard M. Blythe
                                       Assistant U.S. Bankruptcy Administrator
                                       Alabama. Bar ID: ASB-3199-B52R

OF COUNSEL:
United States Bankruptcy Administrator
Northern District of Alabama
Seybourn H. Lynne Federal Building
Post Office Box 3045
400 Well Street NE, Room 236
Decatur, Alabama 35602
(256) 340-2740

# CERTIFICATE OF SERVICE

   I hereby certify that on 14 July 2015, I have served a copy of the foregoing on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4. of the Court's Administrative Procedures.

Stuart Maples, Esq., Attorneys for Debtor, Via electronic CM/ECF Service
smaples@mapleslawfirmpc.com

Gary P. Wolfe, Esq., Attorneys for Blue Bridge Financial, Via electronic CM/ECF Service
bankruptcy@wolfejones.com

William Lee Phillips, III, Esq., Attorney for Channel Partners, LLC and Windset Capital Corporation, Via electronic CM/ECF Service bphillips@marksweinberg.com

Emily J. Chancey and Kevin C. Gray, Esq., Attorneys for ServisFirst Bank, Via electronic CM/ECF Service echancey@maynardcooper.com kgray@maynardcooper.com


         /s/ Richard M. Blythe
         Richard M. Blythe
         Assistant U.S. Bankruptcy Administrator